# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### 11535 UNITED STATES COURTHOUSE
### 515 RUSK STREET
### HOUSTON, TEXAS 77002

**CHAMBERS OF
JUDGE LEE H. ROSENTHAL**

August 22, 2006

**TELEPHONE NO.**
**(713) 250-5980**
**FACSIMILE**



The Honorable Ortrie D. Smith
Chair
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I am in receipt of your letter dated July 25, 2006 regarding my calendar year 2005 filing. I have asked ███████████ to review the issues you raised, and have the following response and corrected report pages:

*In Part II (2005 Report):*

1) In Part II, lines 1-3, have been corrected to reflect no agreements and the "None" box has been checked. Instead, these were intended to be listed under non investment income. As such, ████████████████████ ██████████ and ██████████████ have been listed in Part III, lines 1-3, reflecting non-investment income earned by ██████████

*In Part VII (2005 Report):*

1) In Part VII, page 7, for "GPC-Common," the value (J-P4) and value method (Q-W) reflect a reference to footnote (15) on page 20 inasmuch as the security was not owned in 2005.

2) In Part VII, page 12, for "Doane Pet Care Warrants," Column B(1) has been left blank and the word "None" appears in Column B(2) under "Type."

3)        In Part VII, page 15, "SCF VI, L.P.," Column D(1) has been changed to reflect "Buy" and is consistent with footnote (2) on page 19.

Thank you for your consideration.

Very truly yours,

Lee H. Rosenthal
United States District Judge

| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2006 | FOR CALENDAR YEAR 2005 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H | U.S.D.C.-S.D.TX | 05/15/2006 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 RUSK ROOM 11535 HOUSTON, TEXAS 77002 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT/SECRETARY | THE ROSENTHAL FOUNDATION |
| 2. MEMBER | UNIVERSITY OF CHICAGO LAW SCHOOL VISITING COMMITTEE |
| 3. DIRECTOR | DEPELCHIN CHILDREN'S CENTER |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 AUG 24 A 10: 50 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | ██████████ BOARD OF DIRECTORS FEES | |
| 2. 2005 | ███████ BOARD OF DIRECTORS FEES | |
| 3. 2005 | ████████ | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ALI | 1/18-20, PUERTO RICO: AIRFARE, LODGING, CABS & MISC FOR PROJECT MTG |
| 2. STANFORD UNIVERSITY | 2/3-5, STANFORD, CA: AIRFARE, CABS & MEALS FOR SPEAKING |
| 3. FEDERAL BAR ASSN, SAN ANTONIO CHAPTER | 2/9, SAN ANTONIO, TX: AIRFARE & MISC FOR MEETING |
| 4. UVA LAW SCHOOL | 2/25-26, CHARLOTTESVILLE, VA: AIRFARE & CABS FOR SPEAKING |
| 5. ABA | 3/3-4/1, WASHINGTON, DC: AIRFARE, LODGING & CABS FOR CONF. |
| 6. ALI | 4/18-19, WASHINGTON, DC: AIRFARE & CABS FOR CONF. |
| 7. THE SEDONA CONFERENCE | 4/20-21, CAMBRIDGE, MD: AIRFARE, MEALS & CABS FOR CONF. |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| CVX-Common | D | div | O | T | partial buy | 10/19 | L | | |
| | | | | | partial buy | 10/26 | L | | |
| Doane Pet Food Enterprises, Inc. | | None | | | sell | 11/8 | M | | private placement |
| | | None | J | U(2) | partial buy | 2/15 | K | | private placement |
| | | | | | partial buy | 2/15 | K | | private placement |
| | | None | | (10) | | | | | |
| Emerald Marina Bay | A | int | N | U(2) | partial sell | (2) | K | | private placement |
| Emerald Cambridge | A | int | K | U(2) | buy | (2) | L | | private placement |
| Emerald Marina Cove | A | int | L | U(2) | buy | (2) | L | | private placement |
| Emerald Marina Shores | A | int | M | U(2) | buy | (2) | M | | private placement |
| EDP I, LP | | None | J | U(2) | buy | (2) | J | | private placement |
| Exopack | | | | | sell | 10/11 | M | G | private placement |
| FNM-Common | D | div | M | T | | | | | |
| FRE-Common | B | div | | | sell | 6/24 | M | D | |
| G-Common (merged into PG) | C | div | | | partial sell | 7/18 | L | F | |
| GE-Common | D | div | N | T | | | | | |
| GPC-Common | A | div | (15) | (15) | | | | | |
| Hawkins Investment Partnership | G | int/div | P2 | T | partial buy | (2) | O | | private placement |
| HydroChem Holding, Inc. | | None | | | escrow release | (2) | M | | private placement |
| | A | int | J | U(2) | | | | | |
| HMTF Europe Private Fund | B | int/div | L | U(2) | partial buy | (2) | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **IRA's** | | | (1) | | | | | | |
| US Treasury Zero% Obligations | | None | N | T | | | | | |
| Merrill Lynch Reserves | B | int | L | T | | | | | |
| VUSXX-Mutual Fund | E | div/int | O | T | | | | | |
| US Treasury Zero% Obligations | | None | P1 | T | | | | | |
| Merrill Lynch Reserves | C | int | M | T | | | | | |
| Ardelon Investments Ltd., L.P. | F | div/int | P1 | U(2) | partial buy | (2) | N | | private placement |
| Doane Pet Care Warrants | | None | | | sell | 10/27 | M | E | private placement |
| GPC-Common | B | div | K | T | | | | | |
| SJKI-Common | | None | M | T | | | | | |
| US Treas 7.25% due 5/15/16 | D | int | M | T | | | | | |
| US Treas 6.125% due 8/15/07 | D | int | M | T | | | | | |
| US Treas 6.25% due 2/15/07 | G | int | M | T | | | | | |
| VWNAX-Mutual Fund | E | div/int | O | T | | | | | |
| VWNFX-Mutual Fund S | C | div/int | L | T | | | | | |
| **Foundation** | | | | | | | | | |
| Merrill Lynch Cash Reserves | B | int | L | T | | | | | |
| KO-Common | | None | M | T | donation | | | | |
| OIS-Common | | None | N | T | donation | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemp- tion) | If not exempt from disclosure (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| - OIS-Common | | | | | partial sell | 2/15 | M | L | |
| - PEP-Common | | | | | | | | | |
| - PG-Common | | | | | | | | | |
| - SCF-IV-31, L.P. | | | | | partial sell | (2) | N | | private placement |
| - SCF Management Partners, Ltd. | | | | | partial sell | (2) | N | | private placement |
| - SCF V, L.P. | | | | | partial buy | (2) | K | | private placement |
| - SCF VI, L.P. | | | | | buy | (2) | K | | private placement |
| - SWBT-Common (merged into ZION) | | | | | | | | | |
| - Sterling Group Partners I, L.P. | | | | | partial sell | (2) | M | | private placement |
| - Sternhill Partners I, LP | | | | | partial buy | (2) | J | | private placement |
| - Sternhill Affiliates I, LP | | | | | partial buy | (2) | J | | private placement |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | partial sell | (2) | L | | private placement |
| - Summit/Travis Partners, L.P. | | | | | escrow release | (2) | J | | private placement |
| - CapStreet II, LP | | | | | partial sell | (2) | K | | private placement |
| - CapStreet Parallel II, LP | | | | | partial sell | (2) | K | | private placement |
| - 392918 Limited Partnership | | | | | partial buy | (2) | J | | private placement |
| - 54GLR LP (West Cam LP) | | | | | buy | (2) | O | | private placement |
| - VUSXX-Mutual Fund | | | | | exchange | 3/16 | N | | exchanged from VMSXX |
| - VTGLX-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

(1)     Represents right of ███████ to receive pension of $255/month commencing at age 65.

(2)     Private common investment partnership—valuation is capital account as set forth on Form K-1. The amount shown in Column D(3) is the net amount of contributions and distributions for the period for the common investment partnership, using numbers reflected on the Form K-1. When there are net contributions, Column D(1) indicates a buy (if a new partnership) or partial buy; or when there are net distributions, Column D(1) indicates a sell (if a final disposition of the partnership) or partial sell. In the case of an initial investment where distributions exceeded contributions, Column D(1) indicates buy/partial sell.

(3)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust.

(4)     U.S. Savings Bonds are valued at stated face value of bonds.

(5)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds includes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium paid at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bond.

(6)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3) and Gain Column D(4). On maturity or sale of zero coupon bonds, Value Column D(3) is the maturity value or sales price and Gain Column D(4) reflects the difference between the maturity value or sales price and the original cost.

(7)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1).

(8)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(9)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another of spin-offs or securities or stock dividends. Such gain is reported when the new security is sold. The value of such security received is included in the Column C(1) Gross Value.

(10)  ██████ received options for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded securities or exercise price in the case of nonpublic securities. Unvested options are given no value. Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares.

(11)  Security listed in error.

(12)  Oil and Gas royalties – value not known to filer.

(13)  Inadvertently omitted in prior year.

(14)  Private company – value not known to filer.

(15)  Security sold in prior year and there is no value to report. Dividend income was reported as it was received in the 1st quarter of the current year.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H | U.S.D.C.-S.D.TX | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 515 RUSK <br> ROOM 11535 <br> HOUSTON, TEXAS 77002 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. VICE PRESIDENT/SECRETARY | THE ROSENTHAL FOUNDATION |
| 2. MEMBER | UNIVERSITY OF CHICAGO LAW SCHOOL VISITING COMMITTEE |
| 3. DIRECTOR | DEPELCHIN CHILDREN'S CENTER |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | ████████████████ |
| 2. 2005 | ██████████ |
| 3. 2005 | ████████████ |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ALI | 1/18-20, PUERTO RICO: AIRFARE, LODGING, CABS & MISC FOR PROJECT MTG |
| 2. | STANFORD UNIVERSITY | 2/3-5, STANFORD, CA: AIRFARE, CABS & MEALS FOR SPEAKING |
| 3. | FEDERAL BAR ASSN, SAN ANTONIO CHAPTER | 2/9, SAN ANTONIO, TX: AIRFARE & MISC FOR MEETING |
| 4. | UVA LAW SCHOOL | 2/25-26, CHARLOTTESVILLE, VA: AIRFARE & CABS FOR SPEAKING |
| 5. | ABA | 3/3-4/1, WASHINGTON, DC: AIRFARE, LODGING & CABS FOR CONF. |
| 6. | ALI | 4/18-19, WASHINGTON, DC: AIRFARE & CABS FOR CONF. |
| 7. | THE SEDONA CONFERENCE | 4/20-21, CAMBRIDGE, MD: AIRFARE, MEALS & CABS FOR CONF. |

| | |
|---|---|
| 8. PRODUCT LIABILITY ADVISORY COUNCIL | 4/28, SAN ANTONIO, TX: AIRFARE & CABS FOR SPEAKING |
| 9. FEDERAL BAR ASSN, BATON ROUGE CHAPTER | 5/12, BATON ROUGE, LA: AIRFARE & CABS FOR MEETING |
| 10. DEFENSE RESEARCH INSTITUTE | 5/18-19, WASHINGTON, DC: AIRFARE, LODGING & CABS FOR SPEAKING |
| 11. MANAGING ELECTRONIC RECORD CONFERENCE/COHASSET ASSOC | 5/24-25, CHICAGO, IL: AIRFARE, MEALS & CABS FOR CONF |

# FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Merrill Lynch Reserves | D | div/int | M | T | | | | | |
| Aldine TX ISD 5.1% due 2/15/07 | D | int | | | redeem | 5/5 | M | B | |
| Alief TX ISD 5.6% due 2/15/14 | D | int | M | T | | | | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Pub Impt 4.6% due 9/1/11 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| Corpus Christi TX Ctfs Obl 5.35% due 3/1/12 | D | int | N | T | | | | | |
| Dallas TX 5.00% due 2/15/16 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 4.5% due 8/15/15 | | None | M | T | | | | | |
| Ft. Worth TX G.O. 5.75% due 3/10/6 | B | int | K | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | buy | 8/29 | M | | |
| Leander TX ISD 0.00% due 8/15/11 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/13 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/25 | | None | M | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | M | T | | | | | |
| Plano TX 5.00% due 9/1/18 | D | int | M | T | | | | | |
| Travis Co TX 4.75% due 3/1/12 | D | int | M | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

5

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Tulsa OK 6.375% due 2/1/07 | D | int | | | redeem | 2/5 | M | | |
| TX PFA GO Super Conductor 0.00% due 4/01/09 | | None | O | T | | | | | |
| University TX Univ 4.8% due 8/15/13 | C | int | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Texas Commerce Bank-Checking | | None | J | T | | | | | |
| ABT-Common | D | div | M | T | | | | | |
| ▄▄▄▄▄▄▄▄ | | None | | (14) | | | | | |
| ▄▄▄▄ | | None | | (10) | | | | | |
| AIF V Private Investors LLC | B | div/int | M | U(2) | partial buy | (2) | K | | private placement |
| AIF VI Private Investors LLC | | None | J | U(2) | buy | (2) | J | | private placement |
| Avalon Advisors, L.P. | A | int | K | U(2) | partial sell | (2) | J | | private placement |
| Blackstone Acquisition Partners I, L.P. | G | roy/int | N | U(2) | partial sell | (2) | M | | private placement |
| Blackstone Acquisition Partners II, L.P. | D | roy/int | L | U(2) | partial buy | (2) | L | | private placement |
| Hatfield Royalty, L.P. | D | int | M | U(2) | buy | (2) | M | | private placement |
| Blackstone Ivory Working Interests, L.L.C. | A | int | J | U(2) | partial sell | (2) | K | | private placement |
| Blackstone Ivory Acquisitions Partners, L.P. | D | roy/int | K | U(2) | partial sell | (2) | J | | private placement |
| Blackstone Overline Acquistion, L.P. | D | roy/int | L | U(2) | partial sell | (2) | K | | private placement |
| Blackstone Ivory Acquisition Partners, L.P. (direct) | F | roy/rent | | V (12)(13) | | | | | |
| Carbon Nanotechnologies, Inc. | | None | J | U | | | | | |
| C-Common | E | div | O | T | | | | | |
| CD&R Fund VII Private Investors, LLC | | None | J | U(2) | buy | (2) | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CVX-Common | D | div | O | T | partial buy | 10/19 | L | | |
| | | | | | partial buy | 10/26 | L | | |
| Doane Pet Food Enterprises, Inc. | | None | | | sell | 11/8 | M | | private placement |
| ████-Common | | None | J | U(2) | partial buy | 2/15 | K | | private placement |
| | | | | | partial buy | 2/15 | K | | private placement |
| ████ - Options | | None | | (10) | | | | | |
| Emerald Marina Bay | A | int | N | U(2) | partial sell | (2) | K | | private placement |
| Emerald Cambridge | A | int | K | U(2) | buy | (2) | L | | private placement |
| Emerald Marina Cove | A | int | L | U(2) | buy | (2) | L | | private placement |
| Emerald Marina Shores | A | int | M | U(2) | buy | (2) | M | | private placement |
| EDP I, LP | | None | J | U(2) | buy | (2) | J | | private placement |
| Exopack | | | | | sell | 10/11 | M | G | private placement |
| FNM-Common | D | div | M | T | | | | | |
| FRE-Common | B | div | | | sell | 6/24 | M | D | |
| G-Common (merged into PG) | C | div | | | partial sell | 7/18 | L | F | |
| GE-Common | D | div | N | T | | | | | |
| GPC-Common | A | div | | | | | | | |
| Hawkins Investment Partnership | G | int/div | P2 | T | partial buy | (2) | O | | private placement |
| HydroChem Holding, Inc. | | None | | | escrow release | (2) | M | | private placement |
| ████████ | A | int | J | U(2) | | | | | |
| HMTF Europe Private Fund | B | int/div | L | U(2) | partial buy | (2) | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HMTF Fund IV | B | int/div | M | U(2) | partial sell | (2) | M | | private placement |
| IXC-Common | D | div | O | T | | | | | |
| JNJ-Common | D | div | N | T | | | | | |
| KO-Common | C | div | | | donated | | | | |
| LUV-Common | A | div | O | T | | | | | |
| Merrill Lynch Reserves | D | int | M | T | | | | | |
| Merrill Lynch Reserves (CMA) | D | int | O | T | | | | | |
| MO-Common | B | div | | | sold in 2004 | | | | |
| MRK-Common | D | div | M | T | | | | | |
| NAGC Acquisition Inc. | A | int | J | U | partial buy | 8/15 | J | | private placement |
| Neffis Holdings, LLC | | None | J | U | distri | 12/22 | M | | from ▮▮▮▮ |
| New AXIA Holdings, Inc. | E | div | | | sell | 12/22 | M | G | Aurora Capital |
| ▮Common | | None | N | T | | | | | |
| ▮Options/Restricted Stock | | None | N | (10) | | | | | |
| OIH-Dep Rcpt | A | div | N | T | buy | 7/29 | M | | |
| | | | | | partial buy | 8/30 | L | | |
| | | | | | partial buy | 10/11 | L | | |
| PEP-Common | D | div | O | T | | | | | |
| PFE-Common | D | div | N | T | | | | | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

8

FINANCIAL DISCLOSURE REPORT (cont'd)

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Lee H. Rosenthal | 5/15/2006 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| PG-Common | D | div | O | T | | | | | |
| PONR-Common | | None | | | sell | 2/16 | K | E | |
| Propex | | None | J | U | buy | 2/28 | M | | |
| RD-Registered | E | div | O | T | partial buy | 10/19 | L | | private placement |
| SCFIV-3i, L.P. | E | int/div | M | U(2) | partial sell | (2) | N | | private placement |
| SCF-V, L.P. | A | div | M | U(2) | partial buy | (2) | M | | private placement |
| SCF-VI, L.P. | A | int/div | K | U(2) | buy | (2) | K | | private placement |
| SJKI-Common | | None | O | T | | | | | |
| SRE Properties, LP | A | int/div | M | U(2) | partial sell | (2) | M | | private placement |
| Sterling Group Partners I, LP #1 | C | int/div | O | U(2) | partial sell | (2) | P1 | | private placement |
| Sterling Group, LP | A | int | J | U(2) | buypartial sell | (2) | M | | private placement |
| Sterling Group Investments, LLC | A | int/div | J | U(2) | buy | (2) | J | | private placement |
| Sterling Group Management, LP | B | div | L | U(2) | buy/partial sell | (2) | L | | private placement |
| Sterling Group Investor Partners II, LP | A | int | J | U(2) | buy | (2) | J | | private placement |
| Sterling Group Partners II GP, LP | A | int | K | U(2) | buy | (2) | K | | private placement |
| Sternhill Affiliates I, LP | A | int | J | U(2) | partial buy | (2) | J | | private placement |
| Sternhill Partners I, LP | A | int | L | U(2) | partial buy | (2) | J | | private placement |
| STR-Common | C | div | M | T | | | | | |
| CapStreet II, LP | A | int | N | U(2) | partial sell | (2) | L | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

9

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| CapStreet Parallel II, LP | A | int | N | U(2) | partial sell | (2) | L | | private placement |
| Summit/Travis Partners, L.P. | | None | | | escrow release | (2) | J | | private placement |
| SWBT-Common (merged into ZION) | A | div | | | partial buy | 4/4 | K | | |
| | | | | | partial buy | 4/7 | K | | |
| | | | | | partial buy | 4/18 | K | | |
| | | | | | partial buy | 4/18 | K | | |
| | | | | | partial buy | 5/3 | K | | |
| | | | | | partial sell | 7/6 | O | G | |
| Texas China Partners Ltd. | | None | | | sell | (2) | J | | private placement |
| Texas Commerce Bank-Checking, Houston, TX | A | int | J | T | | | | | |
| Texas Commerce Bank-Checking, Houston, TX-S | A | int | J | T | | | | | |
| TROW-Common | C | div | M | T | | | | | |
| TXN-Common | | | | | sold in 2004 | | | | |
| UPS-Common | C | div | M | T | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

10

# FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| VWNAX-Mutual Fund | G | div/int | P1 | T | | | | | |
| VMSXX-Mutual Fund | E | div/int | P1 | T | exchange | 6/24 | N | | exchanged from VFIAX |
| | | | | | exchange | 7/7 | N | | exchanged from VFIAX |
| | | | | | exchange | 7/18 | M | | exchanged from VLCAX |
| VEYSX-Mutual Fund | C | div/int | M | T | exchange | 5/10 | M | | exchanged from VEURX |
| VEURX-Mutual Fund | | None | | | exchange | 5/10 | M | | exchanged to VEYSX |
| VFIAX-Mutual Fund | E | div/int | O | T | exchange | 4/14 | O | | exchanged from VLCAX |
| | | | | | exchange | 6/24 | O | E | exchanged to VMSXX |
| | | | | | exchange | 7/7 | N | E | exchanged to VMSXX |
| VPADX-Mutual Fund | D | div/int | O | T | | | | | |
| VTCLX-Mutual Fund | D | div/int | P1 | T | | | | | |
| VLCAX-Mutual Fund | | None | | | exchange | 1/3 | O | | exchanged from VLACX |
| | | | | | exchange | 4/14 | O | | exchanged to VFIAX |
| | | | | | exchange | 7/18 | M | C | exchanged to VMSXX |
| VLACX-Mutual Fund | A | div/int | | | exchange | 1/3 | O | | exchanged to VLCAX |
| ZION-Common | B | div | | | donated | | | | |
| 183929 L.L.C. | | None | J | U(2) | partial buy | (2) | J | | private placement |
| 392918 Limited Partnership | | None | J | U(2) | partial buy | (2) | K | | private placement |
| 54GLR LP (West Cam L.P.) | | None | N | U(2) | buy | (2) | N | | private placement |
| 54GLR GP LLC | | None | J | U(2) | buy | (2) | J | | private placement |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

11

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | (1) | | | | | | |
| *IRA's* | | | | | | | | | |
| US Treasury Zero% Obligations | | None | N | T | | | | | |
| Merrill Lynch Reserves | B | int | L | T | | | | | |
| VUSXX-Mutual Fund | E | div/int | O | T | | | | | |
| US Treasury Zero% Obligations | | None | P1 | T | | | | | |
| Merrill Lynch Reserves | C | int | M | T | | | | | |
| Ardelon Investments Ltd., L.P. | F | div/int | P1 | U(2) | partial buy | (2) | N | | private placement |
| Doane Pet Care Warrants | | | | | sell | 10/27 | M | E | private placement |
| GPC-Common | B | div | K | T | | | | | |
| SJKI-Common | | None | M | T | | | | | |
| US Treas 7.25% due 5/15/16 | D | int | M | T | | | | | |
| US Treas 6.125% due 8/15/07 | D | int | M | T | | | | | |
| US Treas 6.25% due 2/15/07 | G | int | M | T | | | | | |
| VWNAX-Mutual Fund | E | div/int | O | T | | | | | |
| VWNFX-Mutual Fund S | C | div/int | L | T | | | | | |
| ███████*Foundation* | | | | | | | | | |
| Merrill Lynch Cash Reserves | B | int | L | T | | | | | |
| KO-Common | | None | M | T | donation | | | | |
| OIS-Common | | None | N | T | donation | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during<br>reporting period<br><br>(1)<br><br>Amt.<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | C.<br>Gross value<br>at end of<br>reporting period<br>(1)<br><br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | <br>If not exempt from disclosure<br>(2)<br>Date:<br>Month-<br>Day | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| PG-Common | | None | L | T | donation | | | | |
| LUV-Common | | None | L | T | donation | | | | |
| ZION-Common | | None | L | T | donation | | | | |
| VWNAX-Mutual Fund | E | div/int | N | T | partial sell | 8/12 | K | C | |
| | | | | | partial sell | 9/14 | L | D | |
| VUSXX-Mutual Fund | A | div/int | J | T | partial sell | 6/9 | K | | |
| | | | | | partial sell | 9/14 | J | | |
| ***Vanguard Charitable Endowment Program*** | | | | | | | | | |
| Growth Pool | | None | M | T | | | | | |
| ▆▆▆▆ *Trust* | | None | N | V | | | | | |
| *descendants are the beneficiaries (3).* | | | | | | | | | |
| - John Hancock Variable Life Policy (formerly Manufacturers Life) | | | | | | | | | |
| - ING/Security Life Joint Survivor Whole Life Policy:VIF-Core Equity | | | | | | | | | |
| - Prudential Joint Whole Life Policy: Pru-Common | | | | | | | | | |
| ▆▆▆▆ *Trust* | G | div/int/royalt y/distr | P2 | T/U | | | | | |
| *descendants are the beneficiaries (3).* | | | | | | | | | |
| ▆▆▆▆ | | | | | sell | 12/22 | L | F | Aurora Capital |
| - | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - AIF V Private Investors LLC | | | | | partial buy | (2) | J | | private placement |
| - Avalon Advisors, L.P. | | | | | partial sell | (2) | J | | private placement |
| - Carbon Nanotechnologies, Inc. | | | | | | | | | |
| - KO-Common | | | | | | | | | |
| - DPC Acquisition Corp. | | | | | sell | 10/27 | N | F | private placement |
| - ▮▮▮▮▮▮▮▮ | | | | | | | | | |
| - EDP I, LP | | | | | buy | (2) | J | | private placement |
| - Emerald Cambridge LLC | | | | | buy | (2) | K | | private placement |
| - E,erald Marina Cove LLC | | | | | buy | (2) | K | | private placement |
| - Emerald Marina Shores LLC | | | | | buy | (2) | M | | private placement |
| - Exopack (formerly FPD Holdings, Inc.) | | | | | (11) | | | | |
| - FNM-Common | | | | | | | | | |
| - FRE-Common | | | | | sell | 8/26 | L | | |
| - GE-Common | | | | | | | | | |
| - GPC-Common | | | | | | | | | |
| - G-Common (merged into PG) | | | | | | | | | |
| - Hawkins Investment Partnership, L.P. | | | | | partial buy | (2) | N | | private placement |
| - HMTF Fund IV | | | | | partial sell | (2) | L | | private placement |
| - HMTF Europe Private Fund | | | | | partial buy | (2) | J | | private placement |
| - JNJ-Common | | | | | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Neffis Holdings, Inc. | | | | | distri | 12/22 | M | | from New AXIA Holdings |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

14

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - OIS-Common | | | | | partial sell | 2/15 | M | L | |
| - PEP-Common | | | | | | | | | |
| - PG-Common | | | | | | | | | |
| - SCF-IV-3I, L.P. | | | | | partial sell | (2) | N | | private placement |
| - SCF Management Partners, Ltd. | | | | | partial sell | (2) | N | | private placement |
| - SCF V, L.P. | | | | | partial buy | (2) | K | | private placement |
| - SCF VI, L.P. | | | | | partial buy | (2) | K | | private placement |
| - SWBT-Common (merged into ZION) | | | | | | | | | |
| - Sterling Group Partners I, L.P. | | | | | partial sell | (2) | M | | private placement |
| - Sternhill Partners I, LP | | | | | partial buy | (2) | J | | private placement |
| - Sternhill Affiliates I, LP | | | | | partial buy | (2) | J | | private placement |
| - SJKI-Common | | | | | | | | | |
| - SRE Properties, LP | | | | | partial sell | (2) | L | | private placement |
| - Summit/Travis Partners, L.P. | | | | | escrow release | (2) | J | | private placement |
| - CapStreet II, LP | | | | | partial sell | (2) | K | | private placement |
| - CapStreet Parallel II, LP | | | | | partial sell | (2) | K | | private placement |
| - 392918 Limited Partnership | | | | | partial buy | (2) | J | | private placement |
| - 54GLR LP (West Cam LP) | | | | | buy | (2) | O | | private placement |
| - VUSXX-Mutual Fund | | | | | exchange | 3/16 | N | | exchanged from VMSXX |
| - VTGLX-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - VWNAX-Mutual Fund | | | | | exchange | 6/9 | M | | exchanged from VWNFX |
| - VWNFX-Mutual Fund | | | | | exchange | 6/9 | M | | exchanged to VWNAX |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VMSXX-Mutual Fund | | | | | exchange | 3/16 | N | | exchanged to VUSXX |
| - VGTSX-Mutual Fund | | | | | | | | | |
| - Zion-Common | | | | | | | | | |
| ███████-1 Trust ████ beneficiary (3). | D | div/int | N | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - VMCAX-Mutual Fund | | | | | exchange | 5/19 | M | | exchanged to VTCLX |
| - VTCLX-Mutual Fund | | | | | exchange | 5/19 | M | | exchanged from VMCAX |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| ███████-2 Trust ████ beneficiary (3). | D | div/int | N | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VWNAX-Mutual Fund | | | | | exchange | 5/19 | M | | exchanged from VWNFX |
| - VWNFX-Mutual Fund | | | | | exchange | 5/19 | M | | exchanged to VWNAX |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

16

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ████████ Trust ████ beneficiary (3). | E | div/int | P1 | T | | | | | |
| - ABT-Common | | | | | | | | | |
| - CVX-Common | | | | | | | | | |
| - KO-Common | | | | | | | | | |
| - G-Common (merged into PG) | | | | | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | |
| - Midway, TX 5.55% due 05/01/07 | | | | | | | | | |
| - PEP-Common | | | | | | | | | |
| - PG-Common | | | | | | | | | |
| - RD-Common | | | | | | | | | |
| - VTCLX-Mutual Fund | | | | | | | | | |
| - VTGIX-Mutual Fund | | | | | | | | | |
| - VUSXX-Mutual Fund | | | | | | | | | |
| - VWNFX-Mutual Fund | | | | | | | | | |
| *U.S. Savings Bonds (4)* | | | | | | | | | |
| ████████ | | None | M | T | | | | | |
| *UTMA Accounts* | | | | | | | | | |
| ████████ | | | | | | | | | |
| VUSXX-Mutual Fund | C | div/int | M | T | buy | 3/18 | M | | |
| | | | | | partial buy | 8/31 | K | | |
| | | | | | exchange | 9/1 | K | | exchange from VFINX |
| VUSXX-Mutual Fund | B | div/int | L | T | buy | 3/18 | L | | |
| | | | | | exchange | 9/1 | J | | exchange from VFINX |
| VUSXX-Mutual Fund | A | div/int | K | T | partial buy | 3/18 | K | | |
| VUSXX-Mutual Fund | A | div/int | K | T | partial buy | 3/18 | K | | |

17

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 5/15/2006 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VFINX-Mutual Fund | A | div/int | | | exchange | 9/1 | K | D | exchange to VUSXX |
| VFINX-Mutual Fund | A | div/int | | | exchange | 9/1 | J | A | exchange to VUSXX |
| VWSTX-Mutual Fund | B | div/int | L | T | | | | | |
| VWSTX-Mutual Fund | B | div/int | L | T | | | | | |
| Merrill Lynch Reserves | A | div/int | K | T | | | | | |
| G-Common | A | div | | | sell | 8/26 | J | C | |
| FRE-Common | A | div | | | sell | 8/29 | K | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |
| Merrill Lynch Reserves | A | int | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=$5,000,001 or more
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

18

(1)     Represents right of ████████ to receive pension of $255/month commencing at age 65.

(2)     Private common investment partnership—valuation is capital account as set forth on Form K-1. The amount shown in Column D(3) is the net amount of contributions and distributions for the period for the common investment partnership, using numbers reflected on the Form K-1. When there are net contributions, Column D(1) indicates a buy (if a new partnership) or partial buy; or when there are net distributions, Column D(1) indicates a sell (if a final disposition of the partnership) or partial sell. In the case of an initial investment where distributions exceeded contributions, Column D(1) indicates buy/partial sell.

(3)     Amounts indicated are aggregate net amounts for entire beneficial interest of trust.

(4)     U.S. Savings Bonds are valued at stated face value of bonds.

(5)     Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds includes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium paid at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bond.

(6)     No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3) and Gain Column D(4). On maturity or sale of zero coupon bonds, Value Column D(3) is the maturity value or sales price and Gain Column D(4) reflects the difference between the maturity value or sales price and the original cost.

(7)     All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1).

(8)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(9)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another of spin-offs or securities or stock dividends. Such gain is reported when the new security is sold. The value of such security received is included in the Column C(1) Gross Value.

19

(10)      ▮▮▮▮▮ received options for compensation. Vested options are valued at spread between (1) exercise price and (2) market value in the case of publicly traded securities or exercise price in the case of nonpublic securities. Unvested options are given no value. Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares.

(11)      Security listed in error.

(12)      Oil and Gas royalties – value not known to filer.

(13)      Inadvertently omitted in prior year.

(14)      Private company – value not known to filer.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H | 05/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

IV. REIMBURSEMENTS (CONT'D)

6/16-17, INSTITUTE OF MANAGEMENT & ADMINISTRATION, NEW YORK, NY: AIRFARE, LODGING, CABS & MISC FOR MTG.

8/5-6, ABA, CHICAGO, IL: AIRFARE, LODGING, MEALS & CABS FOR MTG.

9/13, DALLAS BAR ASSN, DALLAS, TX: AIRFARE & CABS FOR MTG.

9/16-17, ALI, PHILADELPHIA, PA: AIRFARE, LODGING & CABS FOR MTG.

10/6-8, ABA, SANFRANCISCO, CA: AIRFARE, LODGING & CABS FOR CONF.

10/25-26, CHICAGO BAR ASSN, CHICAGO, IL: AIRFARE, LODGING & CABS FOR MTG.

11/9-11, ABA, WASHINGTON, DC: AIRFARE, LODGING & CABS FOR CONF.

12/12-13, LAWYERS FOR CIVIL JUSTICE, NEW YORK, NY: AIRFARE & CABS FOR SPEAKING

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _May 15, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544